UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JILLIAN BETHEL, ET AL.

VERSUS

NATIONAL INDEMNITY INSURANCE
COMPANY, ET AL.

CIVIL ACTION NO.

15-391-SDD-RLB

### RULING

The Court, after carefully considering the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated September 4, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiffs' *Motion to Remand*[3] is denied.

Baton Rouge, Louisiana the 24 day of September, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-1.
[2] Rec. Doc. 13.
[3] Rec. Doc. 4.